IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 19-CR-3014 CJW-MAR |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 42 U.S.C. § 408(a)(7)(B): |
| MARICRUZ ZAVALA, | ) | Misuse of a Social Security Number |
| | ) | |
| Defendant. | ) | Count 2 |
| | ) | 18 U.S.C § 1546(a): |
| | ) | Unlawful Use of Fraudulent |
| | ) | Document(s) |

The Grand Jury charges:

### Count 1
### Misuse of a Social Security Number

On or about July 25, 2018, in the Northern District of Iowa, defendant, MARICRUZ ZAVALA, for any purpose including the purpose of completing a Form W-4, did, with the intent to deceive, falsely represent a number with the last four digits "1411" to be the social security account number lawfully assigned to her by the Commissioner of Social Security, when in fact such number had not been assigned to her by the Commissioner of Social Security.

This was in violation of Title 42, United States Code, Section 408(a)(7)(B).

### Count 2
### Unlawful Use of Fraudulent Document(s)

On or about July 25, 2018, in the Northern District of Iowa, the defendant, MARICRUZ ZAVALA, knowingly used one or more document(s) prescribed by

1

statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is: 1) a social security card bearing an account number with the last four digits "1411;" and 2) a permanent resident card bearing a number with the last three digits "722," which document(s) defendant knew had been forged, counterfeited, falsely made, and otherwise unlawfully obtained.

This was in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

S/ _____  2-21-19
Grand Jury Foreperson          Date

PETER E. DEEGAN, JR.
United States Attorney

By: /s/ Kevin Fletcher

KEVIN C. FLETCHER
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

FEB 21 2019
And filed _____
ROBERT L. PHELPS, CLERK

2

Case 3:19-cr-03014-LTS-KEM   Document 1   Filed 02/21/19   Page 2 of 2